NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
Alameda County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEONTAE CHARLES FAISON BY AND
THROUGH HIS GUARDIAN AD LITEM
THERESA FLORES,

                Plaintiffs,

      vs.

ALAMEDA COUNTY; EAST BAY
REGIONAL PARK DISTRICT;
JONATHAN KNEA in his individual
capacity; ROBERT FILICE in his
individual capacity; and DOES 1-40
individually and in official capacities as
police officers for the EAST BAY
REGIONAL PARKS AND Sheriff
Deputies for ALAMEDA COUNTY,

                Defendants.

Case No. C24-6059 JSC

**DECLARATION OF NOAH G. BLECHMAN, ESQ. IN SUPPORT OF DEFENDANT'S ALAMEDA COUNTY'S BILL OF COSTS PER FRCP 54, CIVIL L.R. 54, 28 U.S.C. 1924**

I, Noah G. Blechman, hereby declare:

1.     I am an attorney at law duly licensed to practice before the courts of the State of California and am a partner at the law firm of McNamara, Ambacher, Wheeler, Hirsig & Gray LLP, attorneys of record for Defendant Alameda County, the prevailing party as to Plaintiff in this case per dismissal per Defendant's Rule 12(c) motion (ECF 84). I have personal knowledge of each matter stated herein.

2.     On August 4, 2025, the District Court entered an order granting Defendant Alameda

County's Rule 12(c) motion for judgment on the pleadings as to all of Plaintiff's claims against Alameda County (state claims only alleged), dismissing all of Plaintiff's state claims against Alameda County, with prejudice since this was a substantive ruling. *See* ECF 84 – Order. As such, Defendant Alameda County is deemed the prevailing party in this Court with regard to Plaintiff (though other separate Defendants are still defending this case).

3.      As the prevailing party, Defendant is now seeking costs against Plaintiff in accordance with FRCP 54 per the federal litigation.

4.      The following costs were actually and necessarily incurred by Defendant in defending this civil rights action, with high stakes and claimed exposure, are correctly stated, and are allowable by law. Supporting documentation is attached hereto for each item claimed, including an itemized statement of all costs pursuant to this Bill of Costs as Exhibit A, along with supporting documentation (invoices) of said costs per the attached further Exhibit B. Note, we also attended several other depositions, but in light of the timing of the Court's Order, we were able to cancel our transcript orders for those additional depositions and only the ones listed and attached herein were the ones to which Alameda County had to incur costs.

5.      Defendant has incurred necessary costs in defending this civil action and are seeking a total cost recovery of **$2,494.85**.

6.      The aforementioned costs reflect expenses associated with several EBRPD depositions taken by Plaintiff and depositions of family members related to Plaintiff to obtain information about the incident, background of Plaintiff and damages issues (Plaintiff is in a comatose state), depositions that certainly were necessary and necessary to purchase transcripts of these depositions to further the County's defense. However, we were able to cancel some of the deposition transcripts to reduce costs upon receipt of the Court's order dismissing the County.

7.      Attached hereto as "**Exhibit A**" is an itemized table of each recoverable cost claimed by Defendant.

8.      Attached hereto as "**Exhibit B**" are true and correct copies of invoices for depositions transcripts and deposition fees per Civil Local Rule 54-3(c)(1), Civil Local Rule 54-3(e), and 28 U.S.C. § 1920 (2).

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

1    The undersigned attests that concurrence in the filing of this document has been obtained

2    from the Signatory listed below which shall serve in lieu of their signatures on the document.

3

4    Dated:  August 14, 2025                MCNAMARA, AMBACHER, WHEELER,
                                            HIRSIG & GRAY LLP
5

6

7                                     By:   ___/s/ Noah G. Blechman_____
                                            Noah G. Blechman
8                                           John J. Swafford
                                            Attorneys for Defendant
9                                           Alameda County

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

DECLARATION OF BLECHMAN IN SUPPORT          3
OF DEFENDANT ALAMEDA COUNTY'S BILL
OF COSTS - C24-6059 JSC

## **Deontae Charles Faison, et al. v Alameda County, et al**
(Case No. 3:24-CV-06059 JSC)

### EXHIBIT "A"

### ITEMIZED LISTING OF COSTS PER DEFENDANT'S BILL OF COSTS

**Depositions – Transcript, Court Reporting**

| Date of Cost | Cost Description | Reference to Exhibits | Authority for Costs | Cost Amount $ |
|---|---|---|---|---|
| 7-17-25 | Certified deposition transcript of Tanaya Sims | Exhibit B | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $619.90 |
| 7-17-25 | Certified deposition transcript of Theresa Flores | Exhibit B- 1 | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $554.95 |
| 7-17-25 | Certified deposition transcript of Deontae Cincer Faison, Jr. | Exhibit B- 2 | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $400.00 |
| 7-22-25 | Certified deposition transcript of PMK of East Bay Regional Parks District Police Department, Sgt. Tom Urquhart | Exhibit B-3 | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $431.30 |
| 7-22-25 | Certified deposition transcript of PMK of East Bay Regional Parks District Police Department Sgt. Tom Starick | Exhibit B- 4 | LR 54-3 (c)(1); 28 U.S.C. §1920 (2) | $488.70 |
| **TOTAL COSTS** | | | | **$2, 494.85** |

# EXHIBIT B

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1880609
## Deposition – TENAYA SIMS (Jul 17, 2025)

### Bill to

ATTN: Noah Blechman
McNamara, Ambacher, Wheeler, Hirsig & Gray LLP
3480 Buskirk Avenue
Suite 250
Pleasant Hill, CA 94523

### Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

| | | |
|---|---|---|
| **Case name:** | DEONTAE CHARLES FAISON, et al. v ALAMEDA COUNTY, et al. | **Invoice date:** 7/31/2025 |
| **Case number:** | 3:24-cv-06059-JSC | **Terms:** Net 30 |
| **Job Id:** | 1775834 | **Due date:** 8/30/2025 |
| | | **Status:** OPEN |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Certified Copy Transcripts) | | $619.90 | 1 | $619.90 |
| | | | **Total** | $619.90 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$619.90** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

### Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/ugg1x651

Please make checks payable to Steno.

# EXHIBIT B-1



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1880610
## Deposition – THERESA FLORES (Jul 17, 2025)

## Bill to

ATTN: Noah Blechman
McNamara, Ambacher, Wheeler, Hirsig & Gray LLP
3480 Buskirk Avenue
Suite 250
Pleasant Hill, CA 94523

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:**  DEONTAE CHARLES FAISON, et al. v ALAMEDA COUNTY, et al.

**Case number:**  3:24-cv-06059-JSC

**Job Id:**  1775841

**Invoice date:** 7/31/2025
**Terms:** Net 30
**Due date:** 8/30/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|------|-------------|--------|----------|-------|
| Legal Support Services (Certified Copy Transcripts) | | $554.95 | 1 | $554.95 |
| | | | **Total** | $554.95 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$554.95** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/fzys69nz

Please make checks payable to Steno.

# EXHIBIT B-2



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1880612
## Deposition – DEONTAE CINCER FAISON (Jul 17, 2025)

## Bill to

ATTN: Noah Blechman
McNamara, Ambacher, Wheeler, Hirsig & Gray LLP
3480 Buskirk Avenue
Suite 250
Pleasant Hill, CA 94523

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

| | | |
|---|---|---|
| **Case name:** | DEONTAE CHARLES FAISON, et al. v ALAMEDA COUNTY, et al. | **Invoice date:** 7/31/2025 |
| **Case number:** | 3:24-cv-06059-JSC | **Terms:** Net 30 |
| **Job Id:** | 1775844 | **Due date:** 8/30/2025 |
| | | **Status:** OPEN |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Certified Copy Transcripts) | | $400.00 | 1 | $400.00 |
| | | | **Total** | $400.00 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$400.00** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/575t2swl

Please make checks payable to Steno.

# EXHIBIT B-3



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1902554

## Deposition - SERGEANT TOM URQUHART - PMK (Jul 22, 2025)

## Bill to

ATTN: John Swafford
McNamara, Ambacher, Wheeler, Hirsig & Gray LLP
3480 Buskirk Avenue
Suite 250
Pleasant Hill, CA 94523

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

| | | |
|---|---|---|
| **Case name:** | DEONTAE CHARLES FAISON, et al. v ALAMEDA COUNTY, et al. | **Invoice date:** 8/7/2025 |
| **Case number:** | 3:24-cv-06059-JSC | **Terms:** Net 30 |
| **Job Id:** | 1814771 | **Due date:** 9/6/2025 |
| | | **Status:** OPEN |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Certified Copy Transcripts) | | $431.30 | 1 | $431.30 |
| | | | **Total** | $431.30 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$431.30** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/lod6qkus

Please make checks payable to Steno.

# EXHIBIT B-4



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1902567

## Deposition - SERGEANT TOM STARICK - PMK (Jul 22, 2025)

## Bill to

ATTN: John Swafford
McNamara, Ambacher, Wheeler, Hirsig & Gray LLP
3480 Buskirk Avenue
Suite 250
Pleasant Hill, CA 94523

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:**  DEONTAE CHARLES FAISON, et al. v ALAMEDA COUNTY, et al.

**Case number:**  3:24-cv-06059-JSC

**Job Id:**  1814772

**Invoice date:** 8/7/2025
**Terms:** Net 30
**Due date:** 9/6/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|------|-------------|--------|----------|-------|
| Legal Support Services (Certified Copy Transcripts) | | $488.70 | 1 | $488.70 |
| | | | **Total** | $488.70 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$488.70** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/aj1dgeh6

Please make checks payable to Steno.