NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
Alameda County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTAE CHARLES FAISON BY AND THROUGH HIS GUARDIAN AD LITEM THERESA FLORES, <br><br> Plaintiffs, <br><br> vs. <br><br> ALAMEDA COUNTY; EAST BAY REGIONAL PARK DISTRICT; JONATHAN KNEA in his individual capacity; ROBERT FILICE in his individual capacity; and; DOES 1-40 individually and in official capacities as police officers for the EAST BAY REGIONAL PARKS AND Sheriff Deputies for ALAMEDA COUNTY, <br><br> Defendants. | Case No. C24-6059 JSC <br><br> **DECLARATION OF NOAH G. BLECHMAN ESQ., IN SUPPORT OF DEFENDANT COUNTY OF ALAMEDA'S MOTION FOR ENTRY OF SEPARATE JUDGMENT PURSUANT TO FRCP 54(B)** <br><br> Date: October 2, 2025 <br> Time: 10:00 a.m. <br> Dept: SF, Courtroom 8 – 19th Floor <br> Judge: Hon. Jacqueline Scott Corley |

I, Noah G. Blechman, declare as follows:

1. I have personal knowledge of each matter stated herein for the following reasons: I am an attorney at law duly licensed to practice before the courts of the State of California and am a partner at the law firm of McNamara, Ambacher, Wheeler, Hirsig & Gray, LLP; attorneys of record for Defendant County of Alameda in this action.

2. On March 31, 2025, Plaintiff Deonte Faison filed his Second Amendment

Complaint (ECF 52) bringing four state claims against the COUNTY. On June 12, 2025, the COUNTY moved for Judgment on the Pleadings on all four state claims. (ECF 63). This Court, on August 1, 2025, issued its Order granting the COUNTY'S motion and dismissing all claims against the COUNTY and denied Plaintiff leave to amend. (ECF 84). As the prevailing party, the COUNTY filed a Bill of Costs on August 14, 2025. (ECF 87). The COUNTY now seeks entry of a separate judgment pursuant to Fed. R. Civ. P. 54(b) and then the pending Bill of Costs can also be evaluated.

The undersigned attests that permission in the filing of this document(s) had been obtained from the signatory below, which shall serve in lieu of the actual signatures on the document(s).

I declare under penalty of perjury that he foregoing is true and correct.

Executed on August 26, 2025, at Pleasant Hill, California

By:   /s/ Noah G. Blechman
      Noah G. Blechman, Declarant

DECLARATION OF NGB, IN SUPPORT OF DEFENDANT COUNTY OF ALAMEDA'S MOTION FOR SEPARATE JUDGMENT PURSUANT TO FRCP 54(B)     2