**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
155 Filbert Street – Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTAE CHARLES FAISON BY AND THROUGH HIS GUARDIAN AD LITEM THERESA FLORES,<br>　　　　Plaintiff,<br>v.<br>ALAMEDA COUNTY, et al.<br>　　　　Defendants. | Case No.: 3:24-cv-06059-JSC<br><br>**DECLARATION OF PATRICK BUELNA** |

I, PATRICK M. BUELNA, declare:

1. I am the attorney of record for Plaintiff in this action. I am licensed to practice in the state of California and have been admitted to courts in the Northern, Eastern and Central District of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. Plaintiff was taken to the hospital but had already suffered a cardiac arrest that left him with serious neurological damage. Mr. Faison is currently bedbound, nonverbal, and continues to have a tracheostomy and feeding tube.

3. Here, because he does not have the funds to pay legal fees up front, Plaintiff retained counsels based on a contingency agreement.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: August 28, 2025                               Respectfully submitted,

**POINTER & BUELNA, LLP**

**LAWYERS FOR THE PEOPLE**


By: */s/ Patrick M. Buelna*
PATRICK M. BUELNA
Attorney for Plaintiff

**Declaration of Patrick Buelna**
- 2 -