PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON
75 Southgate Avenue
Daly City, CA 94015
Telephone: (415) 213-4098

Attorneys for Defendant
EAST BAY REGIONAL PARK DISTRICT and
JONATHAN KNEA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTAE CHARLES FAISON BY AND THROUGH HIS GUARDIAN AD LITEM THERESA FLORES;<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY; EAST BAY REGIONAL PARK DISTRICT; JONATHAN KNEA in his individual l capacity and; DOES 1-40 individually and in official capacities as police officers for the EAST BAY REGIONAL PARKS AND Sheriff Deputies for ALAMEDA COUNTY.<br><br>Defendants. | Case No. 3:24-cv-06059-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUTOFF**<br><br>Judge Jacqueline Scott Corley<br><br>Trial: March 23, 2026 |

Plaintiff DEONTAE CHARLES FAISON BY AND THROUGH HIS GUARDIAN AD LITEM THERESA FLORES ("Plaintiff") and Defendants EAST BAY REGIONAL PARK DISTRICT and JONATHAN KNEA ("Defendants") by and through their counsels of record hereby respectfully request extension of the close of expert discovery deadline until November 14, 2025.

On December 19, 2024, the Court issued its Pretrial Order re Case Schedule, setting the jury trial for March 23, 2026, and expert discovery cut off for October 15, 2025 (ECF 33).

1    WHEREAS, the parties exchanged expert disclosures on September 2, 2025.

2    WHEREAS, the parties intend to take 7 or more expert depositions and have not been able to schedule all of the expert depositions within the October 15, 2025 cutoff date.

4    WHEREAS, there have been no previous requests for extension.

5    WHEREAS, the parties JOINTLY request and STIPULATE TO the Court extending the expert deadline cutoff to November 15, 2025.

Dated: September 16, 2025    CASTILLO MORIARTY ROBINSON

By: */s/ Patrick Moriarty*
PATRICK MORIARTY
JOHN ROBINSON
Attorneys for Defendants
EAST BAY REGIONAL PARK DISTRICT
and JONATHAN KNEA

Dated: September 16, 2025    J. DAVIS LAW FIRM, PLLC &
POINTER & BUELNA, LLP

By: */s/ Patrick Buelna*
JAMIR DAVIS,
VALERY NECHA
ADANTÉ D. POINTER,
PATRICK M. BUELNA,
MARLON MONROE,
MATHEW NORMAN,
ATTORNEYS FOR PLAINTIFF
DEONTAE CHARLES FAISON BY AND
THROUGH HIS GUARDIAN AD LITEM
THERESA FLORES

IT IS SO ORDERED.

September 17, 2025

_____
HON. JACQUELINE SCOTT CORLEY

DATE