United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEONTAE CHARLES FAISON, et al.,

Plaintiffs,

v.

EAST BAY REGIONAL PARK DISTRICT, et al.,

Defendants.

Case No. 3:24-cv-06059-JSC

**ORDER RE: JURY QUESTIONNAIRES**

Upon review of the completed jury questionnaires, the Court proposes the following jurors be excused for hardship: Nos. 5, 6, 15, 18, 32, 46, 45, 48, 49, 51, 54, 59. The parties shall meet and confer as to whether they agree to these excusals. If possible, on or before 10:00 a.m. tomorrow, September 25th they shall jointly state in writing whether they agree to excuse these jurors as well as whether there are additional jurors which they agree to excuse. At the final pretrial conference on September 25th, 2026, the Court will discuss excusals only if necessary.

**IT IS SO ORDERED.**

Dated: September 24, 2026

JACQUELINE SCOTT CORLEY
United States District Judge