**ADANTÉ D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LAWYERSFTP.COM
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEONTAE CHARLES FAISON BY AND THROUGH HIS GUARDIAN AD LITEM THERESA FLORES,<br><br>Plaintiff,<br>v.<br><br>EAST BAY REGIONAL PARK DISTRICT, et al.,<br>Defendants. | Case No.: 3:24-cv-06059-JSC<br><br>**REVISED TRIAL WITNESS LISTS** |

| No. | PLAINTIFFS' WITNESS | DESCRIPTION | TIME ESTIMATE |
|---|---|---|---|
| 1. | Theresa Flores | Plaintiff's mother will testify to who Plaintiff was prior to the incident and now, what his employment history was and what his current care needs are. | 90 min. |
| 2. | Tenaya Sims | Plaintiff's sister will testify to who Plaintiff was prior to the incident and now, what his medical care needs are and what his daily life is like. | 90 min. |
| 3. | Deontae Cincer Faison | Plaintiff's son will testify to who Plaintiff was prior to the incident and now, what his relationship is like with his father now and what it was before the incident. | 60 min. |
| 4. | Travis Norton | Plaintiff's Police Practices Expert will testify to the police standards, training and policies relevant to the incident. | 60 min. |
| 5. | Nicholas Barreiro | Plaintiff's forensic video and audio expert will testify in regards to how he created/formed his video exhibits and the video exhibits will be played. | 45 min. |
| 6. | Dr. John Hixson | Plaintiff's medical expert Dr. Hixson is a neurologist that will testify to the brain injuries he suffered, his current diagnoses and prognoses and life expectancy. | 45 min. |
| 7. | Dr. Dianne Bubanja | Plaintiff's Life Care Planner will testify to Plaintiff present and future medical care and life care needs. | 45 min. |
| 8. | Dr. Robert Johnson | Plaintiff's Forensic Economist will testify to the total costs of Plaintiff's life care plan calculated to present cash value. | 20 min. |

| No. | PLAINTIFFS' WITNESS | DESCRIPTION | TIME ESTIMATE |
|---|---|---|---|
| 9. | Dr. Donald Schreiber | Plaintiff's Emergency Physician medical expert will rebut Defendants' two medical expert Emergency Physicians in regards to the impact that Plaintiff's methamphetamine toxicity had on his cardiac arrest. | 30 min. |
| 10. | Defendant Jonathan Knea | Defendant Knea will testify in regards to his encounter with Plaintiff, chasing after Plaintiff, the decisions he made and the force he used. | 60 min. |
| 11. | Ofc. Anthony Galindo | Ofc. Galindo was the first responding officers and chased after Plaintiff behind Defendant Knea. He will testify in regards to the incident, the conduct he witnessed and the decisions he made. | 30 min. |
| 12. | Sgt. Tom Starick | Defendant EBRPD identified Sgt. Starick as the designated Rule 30(b)(6) witness on the topic of the Axon Taser training Defendant had. He will testify in regards to the EBRPD policies and training given to Defendant relevant to the use of the Taser 7 during the incident. | 60 min. |
| 13. | Cristina Vega | Highland Hospital Nurse Vega treated Plaintiff at the hospital. She will testify to her observation of Plaintiff and his condition shortly after the incident. | 20 min. |
| 14. | Marcel Myres | A private investigator who wrote a report on interactions with Nurse Vega. He will testify on his conversations with Nurse Vega following the incident. | 10 min. |

| No. | PLAINTIFFS' WITNESS | DESCRIPTION | TIME ESTIMATE |
|---|---|---|---|
| 15. | Ofc. Tomas Balogh | EBRPD Officer Balogh was present on the other side of the estuary. He will testify to what he observed and his body camera captured the rescue efforts and rescue of Plaintiff on the shore. | 10 min. |
| 16. | Ofc. Justin Rice | EBRPD Officer Rice was present on the other side of the estuary. He will testify to what he observed and his body camera captured the rescue efforts and rescue of Plaintiff on the shore. | 10 min. |
| 17. | Custodian of Records – East Bay Regional Park District | The Custodian of Records will authentic documents produced from the agency in response a subpoena and/or discovery request. | 10 min. |

| No. | DEFENDANTS' WITNESS | DESCRIPTION | TIME ESTIMATE |
|---|---|---|---|
| 1. | Jon Knea | Defendant Knea will testify in regarding his training and his encounter with Plaintiff | 150 minutes. |
| 2. | Anthony Galindo | Ofc. Galindo will testify regarding the incident; he was Knea's backup officer | 30 minutes. |
| 3. | Sgt. Tom Starick | Sgt. Starick will testify regarding the EBRPD policies and training given to the EBRPD and Defendant relevant to the use of the Taser 10 during the incident. Sgt. Starick will testify to his interpretation of the Taser records. | 30 minutes. |
| 4. | Ofc. Kurt Schmidt | Officer Kurt Schmidt will testify to his role in the investigation of the incident and recovery of contraband from the F-150 truck | 15 minutes. |

| No. | DEFENDANTS' WITNESS | DESCRIPTION | TIME ESTIMATE |
|---|---|---|---|
| 5. | Sgt. Tom Urquhart | EBRPD Sgt. Tom Urquhart designated Rule 30(b)(6) witness on the topic of the water rescue training Defendant had. He will testify in regard to the EBRPD policies and training given to Defendant relevant to the water rescue during the incident. | 30 minutes |
| 6. | Ofc. Reuben Bates | Officer Bates was present on the other side of the estuary. He will testify to what he observed and his body camera captured the rescue efforts and rescue of Plaintiff on the shore. | 10 minutes |
| 7. | Emily Hernandez | Det. Hernandez is the lead investigator. She will testify to certain aspects of her investigation after the incident. | 15 minutes |
| 8. | Bryan Chiles | Mr. Chiles works for AXON, which is the owner of Taser. Mr. Chiles will testify consistent to Defendants' expert disclosures. | 90 minutes |
| 9. | Dr. Gary Vilke | Dr. Vilke is a retained medical expert who will opine on causation, emergency medicine, and Tasers. | 60 minutes |
| 10. | Dr. Binh Ly | Dr. Vilke is a retained medical expert who will opine on causation, toxicology, emergency medicine, and physical exertion. | 60 minutes |

| No. | DEFENDANTS' WITNESS | DESCRIPTION | TIME ESTIMATE |
|---|---|---|---|
| 11. | Durand Begault | Dr. Durand Begault is an audio visual expert who will testify to the video he created. | 30 minutes |
| 12. | Sooner Kelley | Ms. Kelley is a percipient witness and a friend of Plaintiff. | 30 minutes |
| 13. | Jesse Zuniga | Mr. Zuniga is Defendants' private investigator who will testify to the efforts he made to subpoena Ms. Kelley and Mr. Myres. | 15 minutes |
| 14. | Theresa Flores | Plaintiff's mother will testify to who Plaintiff was prior to the incident and now, what his employment history was and what his current care needs are. | 90 minutes |
| 15. | Tenaya Sims | Plaintiff's sister will testify to who Plaintiff was prior to the incident and now, what his medical care needs are and what his daily life is like. | 90 minutes |
| 16. | Marcel Myres | A private investigator who wrote a report on interactions with Nurse Vega. He will testify on his conversations with Nurse Vega following the incident. | 15 minutes |
| 17. | Jamir Davis | Present during the interaction with the private investigator and Nurse Vega. He will testify on his conversations with the private investigator and Nurse Vega following the incident. | 15 minutes |

Dated: September 25, 2026

POINTER & BUELNA, LLP

/s/Patrick Buelna
PATRICK BUELNA
Attorney for Plaintiff

Dated: September 25, 2026

CASTILLO, MORIARTY, ROBINSON, LLP

By: */s/ Patrick Moriarty*
PATRICK MORIARTY
JOHN ROBINSON
Attorneys for Defendants
EAST BAY REGIONAL PARK DISTRICT
and JONATHAN KNEA